GOTTFRIED KALBACH, as Administrator of the Estate of CARL W. KALBACH, Appellant, *v.* CLINTON M. ROSS, Respondent.

*Kalbach* v. *Ross*, 145 App. Div. 55, affirmed.
(Argued April 4, 1912; decided April 30, 1912.)

APPEAL from a judgment entered July 18, 1911, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, overruling plaintiff's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for defendant upon the nonsuit granted at the Trial Term in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant, his employer.

*Carlton E. Ladd* for appellant.

*Charles A. Dolson* and *William B. Lynde* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J.; GRAY, VANN, WERNER and WILLARD BARTLETT, JJ. Dissenting: HAIGHT and CHASE, JJ.